NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7013

GLOVER NORVELL,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

F. Leslie Bessenger, III, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Atlanta, Georgia, argued for claimant-appellant.  With him on the brief was Doris Johnson Hines, of Washington, DC.  Of counsel was Ronald L. Smith, of Washington, DC.

Scott D. Austin, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee.  With him on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.  Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appealed from:  United States Court of Appeals for Veterans Claims

Judge Lawrence B. Hagel

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7013

GLOVER NORVELL,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the     United States Court of Appeals
for Veterans Claims

in CASE NO(S).       06-2145.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, RADER, and MOORE, <u>Circuit Judges</u> )

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>October 6, 2009</u>       <u>/s/ Jan Horbaly</u>
Jan Horbaly, Clerk